UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80418-CIV-HURLEY

TRACO SECURITY WINDOWS & DOORS, INC.
f/k/a SECURITY WINDOWS & DOORS, INC.,
    plaintiff,

vs.

SECURITY IMPACT WINDOWS, LLC d/b/a
SECURITY IMPACT WINDOWS & DOORS,
    Defendant.
_____/

**CLOSED CASE**

### ORDER OF FINAL DISMISSAL WITHOUT PREJUDICE & CLOSE OUT

THIS CAUSE is before the court upon the plaintiff's notice of voluntary dismissal filed September 4, 2008 [DE# 9]. Upon consideration, it is **ORDERED AND ADJUDGED**:

1. This case is **DISMISSED WITHOUT PREJUDICE**, with each party to bear its own costs, expenses and attorneys' fees.

2. There being nothing further for the court to resolve, it is ordered that the Clerk of the Court shall enter this case as **CLOSED** and terminate all pending motions as **MOOT**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 6 day of October, 2008.

                                    Daniel T. K. Hurley
                                United States District Judge

Copies furnished:

all counsel